No. 01–6679.  CLARK v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6681.  CAGE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6686.  PAZ-ZAMUDIO v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–6687.  NEAL v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA.  C. A. 9th Cir.  Certiorari denied.

No. 01–6688.  MEJIA-VASQUEZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–6692.  JEFFERSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–6693.  MATTOX v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6694.  ARIAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6698.  CAMPBELL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–6701.  JOHNSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–6704.  MARTINEZ MADRIGAL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–6706.  PFEIL v. EVERETT, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 01–6709.  QUOC THAI MINH THUY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6714.  REDMAN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–6715.  SANDERS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–6716.  RINGER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.